CAH/PJM: USAO#2019R00628

-1-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. RDB-19-0480 |
| DEVON POWELL, | ) |
| | ) (Possession of a Firearm by a Felon, 18 |
| a/k/a "Smuppy," | ) U.S.C. § 922(g)(1); Forfeiture, 21 U.S.C. |
| | ) § 853; 28 U.S.C. § 2461(c); 18 U.S.C. |
| Defendant. | ) § 924(d)) |

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about June 26, 2019, in the District of Maryland, the Defendant,

**DEVON POWELL, a/k/a "Smuppy,"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a 9mm caliber Sig Sauer model SP2022 firearm with serial number SP0164620, and the firearm was in and affecting interstate commerce. 18 U.S.C. § 922(g)(1).

-2-
## FORFEITURE ALLEGATIONS

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 853, in the event of the Defendant's conviction under Count 1 of this Indictment.

### Firearms Forfeiture

2, Pursuant to Title 18, United States Code, Section 924(d), upon conviction of the offense alleged in Count 1, the Defendant,

**DEVON POWELL, a/k/a "Smuppy,"**

shall forfeit to the United States of America the firearm involved in the commission of the offense:

    a. a 9mm caliber Sig Sauer model SP2022 firearm with serial number SP0164620; and

    b. approximately 15 rounds of 9mm caliber ammunition.

21 U.S.C. § 853
18 U.S.C. § 924(d)
18 U.S.C. § 2461

*Robert Hur / CAH*
ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

*October 9, 2019*
Date

**SIGNATURE REDACTED**
Foreperson